IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC EBERWEIN | : CIVIL ACTION
: NO. 12-0612
:
vs. :
:
:
PRECISION TUBE COMPANY, :
A DIVISION OF MUELLER :
STREAMLINE CO. : |

### ORDER

AND NOW, this 16 day of April, 2013, after consideration of defendant's motion for summary judgment and plaintiff's response thereto, it is ORDERED that defendant's motion is GRANTED and judgment is entered in favor of defendant, Precision Tube Company, a division of Mueller Streamline Co., and against plaintiff Eric Eberwein.

TN O'Neill
THOMAS N. O'NEILL, JR.    J.